THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
MEI-YING M. IMANAKA [SBN 280472]
mimanaka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
MIDLAND FUNDING, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE CEBALLOS<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. **'17CV1413 MMA BGS**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>State Court Complaint filed 11/09/16 |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1331, Defendant Midland Funding, LLC ("Midland") hereby remove this action from the Superior Court of the State of California for the County of San Diego, Central Division, Case No. 37-2016-00039534-CU-BT-CTL (the "State Case") to the United States District Court for the Southern District of California. The grounds for this removal are:

**FACTUAL SUMMARY**

1. On November 09, 2016, plaintiff Leslie Ceballos commenced the State Case alleging violations of the federal Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq.*) and the California Fair Debt Buyer Practices Act (Cal. Civ. Code § 1788.50 *et seq.*).

2. Midland was served with the summons and complaint on June 15, 2017.

3. This notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty days after service of the complaint.

**JURISDICTION**

4. Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The district court has supplemental jurisdiction over the alleged state law claim because it is so related to the claim over which the district court has original jurisdiction that it "form[s] part of the same case or controversy." 28 U.S.C. § 1367(a).

5. Pursuant to 28 U.S.C. § 1446(a), Midland attaches as **Exhibit 1** and **Exhibit 2** the copies of all process, pleadings, and orders in the State Court action.

DATED: July 12, 2017            SOLOMON WARD SEIDENWURM & SMITH, LLP

By: *s/Thomas F. Landers*
THOMAS F. LANDERS
MEI-YING M. IMANAKA
Attorneys for Defendant
MIDLAND FUNDING, LLC