THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
MEI-YING M. IMANAKA [SBN 280472]
mimanaka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
MIDLAND FUNDING, LLC

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| LESLIE CEBALLOS,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND FUNDING, LLC, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 37-2016-00039534-CU-BT-CTL<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Richard E.L. Strauss<br>Dept.   C-75<br><br>Action Filed:  November 9, 2016 |

Defendants MIDLAND FUNDING, LLC ("Midland" or "Defendant"), on behalf of itself and no others, hereby submit the following Answer to the Complaint filed in this action by Plaintiff LESLIE CEBALLOS ("Plaintiff") as follows:

### GENERAL DENIAL

Pursuant to Section 431.30(d) of the California Code of Civil Procedure, Defendant generally and specifically denies each and every allegation set forth in the Complaint, and the whole thereof, and generally and specifically denies that Plaintiff has been injured or has suffered any damages in any sum whatsoever.

### AFFIRMATIVE DEFENSES

As and for separate affirmative defenses to the Complaint, and without assuming or shifting any burden of proof required of Plaintiff to establish his claims, Defendant alleges on

information and belief as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. The allegations of the Complaint fail to state a claim against Defendant upon which relief can be granted. Plaintiff does not provide sufficient facts to state a claim for relief that is plausible on its face.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations/Laches)

2. The purported claims set forth in the Complaint are barred in whole or in part by the applicable statutes of limitation, including without limitation 15 U.S.C. § 1692k(d), 15 U.S.C. § 1681p, California Civil Code §§ 1788.30(f) and 1785.33, and/or the equitable doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

### (Bona Fide Error)

3. Plaintiff asserts that Defendant failed to include notices required by the Fair Debt Buying Practices Act in its initial correspondence with Plaintiff. To the extent that any violation of law occurred, which Defendant expressly denies, said violation was not intentional and resulted from a bona fide error notwithstanding the maintenance by Defendant of procedures reasonably adapted to avoid any such error, which procedures include an automated procedure in place at the time period alleged in the Complaint coding all accounts subject to California's Fair Debt Buying Practices Act, pursuant to which all correspondence requiring a notice pursuant to the Fair Debt Buying Practices Act would include such notice.

## FOURTH AFFIRMATIVE DEFENSE

### (Equitable Indemnity)

4. To the extent that Plaintiff has suffered any damage as a result of any alleged act or omission of Defendant, which Defendant denies, Defendant is entitled to equitable indemnity according to comparative fault from other persons and/or entities causing or contributing to such damages, if any.

## FIFTH AFFIRMATIVE DEFENSE

### (Conduct of Others)

5. Plaintiff's damages, if any, were caused by the actions or inactions of others over whom this answering Defendant had no control.

## SIXTH AFFIRMATIVE DEFENSE

### (Set-Off)

6. Defendant is entitled to a set-off and credit against Plaintiff's claims, based on, without limitation, Plaintiff's indebtedness.

## PRAYER

WHEREFORE, Defendant MIDLAND FUNDING, LLC requests judgment as follows:

1. That Plaintiff takes nothing by way of the Complaint, which should be dismissed with prejudice;

2. That Defendant recovers from Plaintiff its costs according to proof;

3. That Defendant recovers its attorneys' fees according to proof; and

4. That the Court orders such other further reasonable relief as the Court may deem just and proper.

DATED: July 12, 2017

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: _____
THOMAS F. LANDERS
MEI-YING M. IMANAKA
Attorneys for Defendant
MIDLAND FUNDING, LLC

| | |
|---|---|
| 1 | THOMAS F. LANDERS [SBN 207335] |
| | tlanders@swsslaw.com |
| 2 | MEI-YING M. IMANAKA [SBN 280472] |
| | mimanaka@swsslaw.com |
| 3 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| | 401 B Street, Suite 1200 |
| 4 | San Diego, California 92101 |
| | (t) 619.231.0303 |
| 5 | (f) 619.231.4755 |
| 6 | Attorneys for Defendant |
| | MIDLAND FUNDING, LLC |
| 7 | |

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| LESLIE CEBALLOS | Case No. 37-2016-00039534-CU-BT-CTL |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | Judge: Hon. Richard E.L. Strauss |
| MIDLAND FUNDING, LLC, and DOES 1 through 10 inclusive, | Dept.   C-75 |
| | Action Filed: November 9, 2016 |
| Defendants. | |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 401 B Street, Suite 1200, San Diego, CA 92101.

On July 12, 2017, I served true copies of the following document(s) described as:

**1. Answer to Plaintiff's Complaint**

on the interested parties in this action as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

P:01125016:87026.153     -1-     37-2016-00039534-CU-BT-CTL
DECLARATION OF SERVICE

| | |
|---|---|
| Alysson Snow, Esq.<br>Mika Wilbur, Esq.<br>LEGAL AID SOCIETY OF SAN DIEGO<br>110 South Euclid Avenue<br>San Diego, CA 92114<br>Tel: 619-471-2655<br>Fax: 619-263-5697<br>alyssons@lassd.org | *Attorney for Plaintiff*<br>*Leslie Ceballos* |

**BY MAIL:** I enclosed the document in a sealed envelope addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Solomon Ward Seidenwurm & Smith, LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 12, 2017, at San Diego, California.

_____
SHANNON DEISSIG

P:01125016:87026.153                   -2-                   37-2016-00039534-CU-BT-CTL
DECLARATION OF SERVICE