UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE CEBALLOS,<br><br>                              Plaintiff,<br>v.<br>MIDLAND FUNDING, LLC,<br><br>                              Defendant. | Case No.: 17cv1413-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 15] |

On December 12, 2017, the parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 15. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action **with prejudice**. Each party will bear its own fees and costs. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: December 12, 2017

HON. MICHAEL M. ANELLO
United States District Judge